JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA SHAMOND DAVENPORT,<br><br>　　Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Comm'r of Social Security,<br><br>　　Defendant | Case No. 2:16-CV-02729-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to June 19, 2017, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's heavy workload.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Davenport v. Berryhill**　　　Stipulation and Proposed Order　　　E.D. Cal. 2:16-cv-02729-CMK

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 1, 2017  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  May 1, 2017  PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  May 4, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**Davenport v. Berryhill**  Stipulation and Proposed Order  E.D. Cal. 2:16-cv-02729-CMK