JACQUELINE A. FORSLUND
CSBN 154575
Forslund Law LLC
P.O. Box 4476
Sunriver, OR   97707
Telephone:      541-419-0074
Facsimile:       541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA SHAMOND DAVENPORT,<br><br>  Plaintiff<br><br>v.<br><br>NANCY E. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>  Defendant | Case No.   2:16-cv-02729-CMK<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S MOTION<br>FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to July 19, 2017, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.   This is Plaintiff's second request for an extension, which is requested because of Plaintiff's counsel's health problems and family reasons, both of which have contributed to a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:   June 12, 2017             JACQUELINE A. FORSLUND
                                  Attorney at Law


                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND

                                  Attorney for Plaintiff


Date:   June 13, 2017             PHILLIP TALBERT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  *s/ Chantal R. Jenkins*
                                  CHANTAL R. JENKINS
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorney for Defendant


                                  ORDER

APPROVED AND SO ORDERED

Dated:   June 16, 2017

                                  _____
                                  CRAIG M. KELLISON
                                  UNITED STATES MAGISTRATE JUDGE