PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LATISHA SHAMOND DAVENPORT,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-02729-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 14-day extension of time to September 4, 2017 to respond to Plaintiff's opening brief. Defendant's counsel requests this additional time because counsel is in the discovery phase of a case before the Equal Employment Opportunity Commission (EEOC), and has to produce discovery responses and take a deposition by the end of this month. Counsel also has several other district court briefs due in the next two weeks.

    This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 17, 2017
/s/ Jackie Forslund by Chantal R. Jenkins*
JACKIE FORSLUND
*As authorized *via* email by Jackie Forslund on August 17, 2017
Attorney for Plaintiff

Dated: August 17, 2017
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: August 18, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE